No. 1831. PEOPLE, APPELLEE, *v.* CINTRÓN, APPELLANT. — Second District Court of San Juan. Aggravated assault and battery. Decided December 22, 1921. No bill of exceptions, statement of the case or brief was filed and the record discloses no fundamental error. *Affirmed.*

No. 1821. PEOPLE, APPELLEE, *v.* JIMÉNEZ, APPELLANT. — First District Court of San Juan. Carrying arms. Decided December 23, 1921. There was no bill of exceptions or statement of the case and the record discloses no fundamental error. *Affirmed.*

No. 1817. PEOPLE, APPELLEE, *v.* RODRÍGUEZ, APPELLANT.— District Court of Ponce. Adulteration of milk. Decided December 23, 1921. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 1801. PEOPLE, APPELLEE, *v.* CABALLERO, APPELLANT.— District Court of Guayama. Carrying arms. Decided December 23, 1921. There was no bill of exceptions or statement of the case and no fundamental error appears to have been assigned or committed. *Affirmed.*

No. 1823. PEOPLE, APPELLEE, *v.* SALAZAR, APPELLANT. — Second District Court of San Juan. Violation of Excise-tax Law. Decided December 23, 1921. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 1837. PEOPLE, APPELLEE, *v.* RAMOS ET AL. (ROSARIO, APPELLANT.)—District Court of San Juan, Section 1. Adulteration of Milk. Decided December 23, 1921. Appellant filed no brief and the record discloses no fundamental error. *Affirmed.*